IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ZAVALA, AE8159,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MARK BITER, Warden,<br><br>　　　　Respondent. | No. C 15-2247 CRB<br><br>**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |

　　　Petitioner Mark Zavala moves the Court to alter or amend its denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. See Mot. (dkt. 24); Order Dismissing Case (dkt. 22); Clerk's Judgment (dkt. 23). For the reasons set forth in the Court's Order Dismissing Case, that Motion is DENIED.

　　　**IT IS SO ORDERED.**

Dated: May 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2015\2247\order re alter or amend.wpd